IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FORREST ALAN FUTRELL, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO: 5:18-cv-01337-DAE |
| | § | |
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT ADR REPORT

Pursuant to the Scheduling Order (Dkt. 4) dated February 7, 2019, Plaintiff and

Defendant file this Joint ADR Report pursuant to W.D. TEX. R. CV-88(b), and state:

1.  The parties are engaging in informal settlement negotiations.  The individuals responsible for settlement negotiations are Tiffanie S. Clausewitz for the Plaintiff and Ryan McComber for Defendant.

2.  In the event informal settlement negotiations are unsuccessful, the parties have agreed to mediate on a mutually agreeable date.

3.  The parties have agreed to equally share the cost of mediation.

Respectfully submitted,

By:   /s/ Ryan K. McComber
      Ryan K. McComber
      Texas Bar No. 24041428
      ryan.mccomber@figdav.com
      Cameron E. Jean
      Texas Bar No. 24097883
      cameron.jean@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 – fax

ATTORNEYS FOR DEFENDANT

-and-

By:   /s/ Tiffanie S. Clausewitz
      Tiffanie S. Clausewitz
      Texas Bar No. 24051936
      tiffanie@rosenblattlawfirm.com
      Shellie R. Reyes
      Texas Bar No. 24082115
      shellie@rosenblattlawfirm.com

**THE ROSENBLATT LAW FIRM, P.C.**
16731 Huebner Road
San Antonio, Texas 78248
(210) 562-2900
(210) 562-2929 – fax

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that all attorneys deemed to accept service of the above referenced document electronically will be notified via the Court's CM/ECF system, and all others will be notified via certified mail, return receipt requested, on April 18, 2019.

 /s/ Ryan K. McComber

Ryan K. McComber